MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>ANNE BOND, an individual<br><br>      Defendant. | Case. No.: 3:25-cv-00548-ART-CSD<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Plaintiff EWU MEDIA LLC, a Nevada limited-liability company, certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. There are no known interested parties other than those participating in the case.

DATED this 20th day of October, 2025.

*/s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiffs*

1