# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EWU MEDIA, LLC, a Nevada limited liability company,<br><br>         Plaintiff,<br><br>  vs.<br><br>ANNE BOND, an individual<br><br>       Defendant. | Case. No.: 3:25-cv-00548-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**<br><br>**<u>(FIRST REQUEST)</u>** |

Plaintiff EWU MEDIA LLC and Defendant ANNE BOND (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following:

1.  On March 13, 2026, Defendant ANNE BOND moved for dismissal or, in the alternative, to transfer venue to the District of Northern California. (ECF No. 11.)

2.  The deadline for Plaintiff EWU MEDIA LLC to respond to the Motion is March 27, 2026.

3.  Due to competing deadlines, depositions, and personal emergencies, counsel for both parties need additional time to adequately prepare their Response or Reply.

1

4. The Parties agree that the deadline for Plaintiff to file its Response shall be extended by fourteen (14) days, to April 10, 2026.

5. The Parties agree that the deadline for Defendant to file her Reply shall be extended by seven (7) days to April 24, 2026.

6. This is the Parties' first request for an extension of this deadline.

7. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 26th day of March, 2026.          Dated this 26th day of March, 2026.

**MCLETCHIE LAW**                             **KEMP JONES, LLP**


By: */s/ Leo S. Wolpert*                      By: */s/ David S. Levin*
    Margaret A. McLetchie, Esq.                   Christopher W. Mixson, Esq.
    Nevada Bar No. 10931                          Nevada Bar No. 10685
    Leo S. Wolpert, Esq.                          3800 Howard Hughes Parkway
    Nevada Bar No. 12658                          17th Floor
    602 South 10th Street                         Las Vegas, Nevada 89169
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*                     David S. Levin (*pro hac vice*)
                                                  California Bar No. 156336
                                                  **LEVIN LAW FIRM**
                                                  405 Sherman Ave
                                                  Palo Alto, California 94306-1827
                                                  *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: March 27, 2026

2